
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
)
V. ) 3:21-CR-**127**
)
) JUDGES *Crytzer Poplin*
BRANDY M. THORNTON, and )
ROBERTA LYNNE WEBB ALLEN )
) (SEALED)

## MOTION TO SEAL INDICTMENT

The United States of America, by and through its counsel, Kevin S. Quencer, Assistant United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an order sealing the indictment in this matter. All of the defendants are not in custody. The United States seeks arrest warrants authorizing the arrest of the defendants. So as not to alert the defendants in advance of their pending arrests, it is respectfully requested that the court seal the indictment and this case until such time as the defendants are arrested and this court orders the indictment and case unsealed.

Respectfully submitted,

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

By: _____
Kevin S. Quencer
Assistant United States Attorney