# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:21-cr-127　　　　　　　　　　　　　　　　**Date:** October 8, 2021

United States of America　**vs.**　Brandy Thornton

**Present Before:** Honorable Bruce Guyton, United States Magistrate Judge

| Mallory Dahl | ECRO | April Wilson |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |

| Kevin Quencer | Kim Parton | |
|---|---|---|
| **Asst. U.S. Atty** | **Atty(s) for Defendant(s)** | **Atty(s) for Defendant(s) (Cont.)** |

**Proceedings:** Parties present for an ☑ Initial Appearance ☑ Arraignment on an Indictment.
- ☑ Defendant sworn.
- ☑ Defendant requested appointment of counsel and submitted financial affidavit.
- ☑ Court approved financial affidavit and appointed counsel.
- ☐ Defendant present with retained counsel.
- ☑ Plea entered: ☑ Not Guilty ☐ Guilty
- ☐ Government requested detention of the defendant:
    - ☐ Defendant waived and reserved the right to a detention hearing.
    - ☐ Defendant requested detention hearing.
        - ☐ Detention hearing set. ☐ Detention hearing held.
- ☑ Parties agreed to conditions on which the defendant could be released.
- ☐ Court set schedule and scheduling order to enter.
- ☑ With the exception of new deadlines set out below, the schedule in this case is governed by the Order Continued Dates and Deadlines, which was previously entered in this case. Scheduling Order provided to counsel.
- ☑ Case under seal as to defendant: ☑ Unsealed upon granting of motion by AUSA ☐ To remain under seal.

**Dates set at this hearing:**
- ☑ **Jury Trial:** 12/14/2021 at 9:00 a.m. before USDJ Crytzer
- ☑ **Pretrial Conf.:** 10/12/2021 at 10:30 a.m. before USMJ Poplin
- ☐ **Detention Hrng.:**
- ☐ **Motion Hrng:**
- ☐ **Status Conf:**

**Deadlines set at this hearing:**
- ☑ **Discovery DDL:** 10/15/21
- ☑ **Motion Cut-Off:** 11/4/2021
- ☑ **Response DDL:** 11/18/21
- ☑ **Reciprocal Disc.:** 11/30/21
- ☑ **Plea DDL:** 11/15/21

☐ Defendant remanded to custody.　☑ Defendant released on Order Setting Conditions of Release.

**Time:** 2:10 p.m.　**to** 2:30 p.m.

◉ I, Mallory Dahl, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
Knox-DCR_ 21cr127 _ 100821 _